# United States Court of Appeals
## For the First Circuit

No. 17-2174

IRWIN JACOBOWITZ, on behalf of DJ, AJ, and MJ; PEARL JACOBOWITZ,

Plaintiffs, Appellants,

v.

TOWN OF BRISTOL; BRISTOL TOWN TREASURER; ROGERS FREE LIBRARY,

Defendants, Appellees.

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 16, 2019

    We have reviewed the record in this case. We find no abuse of discretion either in the dismissal of plaintiffs' complaint for violation of the court's order or in its denial of the motion for reconsideration.

    <u>Affirmed</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:    Marc DeSisto
        Kathleen A. Hilton
        Irwin Jacobowitz
        Pearl H. Jacobowitz